IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

STEVEN GREGORY MILLER,                                                    PETITIONER

V.                                                                    NO. 4:07CV196-P-B

STATE OF MISSISSIPPI, et al.,                                            RESPONDENTS

# FINAL JUDGMENT

In accordance with the opinion issued this day, the instant cause is **DISMISSED** with prejudice. Petitioner's motion to for copy of transcript (docket entry 7) is **DENIED.**

**IT IS SO ORDERED.**

THIS the 13th day of February, 2008.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE